**No. 09-9197. Calvin C. Patillar, Petitioner v. United States.**

561 U.S. 1011, 130 S. Ct. 3464, 177 L. Ed. 2d 1064, 2010 U.S. LEXIS 5166.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 595 F.3d 1138.